```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  Kathleen A. Servatius
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:00-CR-5211 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| v. | |
| GEORGE THOMAS FELIX, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kathleen A. Servatius, Assistant United States Attorney for Plaintiff, Douglas Beevers, Attorney for Defendant GEORGE THOMAS FELIX, that the Status Conference presently set for May 26, 2009, at 9:00 a.m., may be continued to June 8, 2009 at 11:00 a.m.

The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

DATED: May 19, 2009          By:   /s/ Kathleen A. Servatius
                                   KATHLEEN A. SERVATIUS
                                   Assistant U.S. Attorney

Stipulation to Continue Status Conference                1

| | | |
|---|---|---|
| DATE: May 19, 2009 | By: | /s/ Douglas Beevers |
| | | DOUGLAS BEEVERS |
| | | Attorney for George Thomas Felix |

**ORDER**

It is hereby ordered that the status conference currently set for May 26, 2009 at 9:00 a.m. may be continued to June 8, 2009 at 11:00 a.m.

IT IS SO ORDERED.

**Dated:   May 22, 2009**               /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE